United States District Court

Eastern District of California

Christopher Williams,

      Plaintiff,                    No. Civ. S 04-2515 FCD PAN P

  vs.                              Order

Andreasen, et al.,

      Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel prosecuting a civil rights action.

    The April 28, 2005, amended complaint states cognizable claims for relief against all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

    Accordingly, the court hereby orders that:

    1.  Service is appropriate for defendants Andreasen, Khoury, Peters and Grannis.

    2.  The Clerk of the Court shall send plaintiff four USM-285

forms, one summons, an instruction sheet and one copy of the April 28, 2005, pleading.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and five copies of the April 28, 2005, pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Andreasen, Khoury, Peters and Grannis pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: June 16, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

United States District Court

Eastern District of California

| | | |
|---|---|---|
| Christopher Williams, | | |
| | Plaintiff, | No. Civ. S 04-2515 FCD PAN P |
| vs. | | Notice of Submission of Documents |
| Andreasen, et al., | | |
| | Defendants. | |

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

\_\_\_\_ completed summons form

\_\_\_\_ completed forms USM-285

\_\_\_\_ copies of the _____
               Amended Complaint

Dated: _____

_____
Plaintiff