1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   JAMES E. FLYNN
    Supervising Deputy Attorney General
5   MARIA G. CHAN, State Bar No. 192130
    Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 323-1940
8    Fax:  (916) 324-5205

9   Attorneys for Defendants Andreasen,
    Grannis and Khoury
10  SA2005301009

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13                            SACRAMENTO DIVISION

14

15  **CHRISTOPHER WILLIAMS,**               NO. CIV S -04-2515 FCD PAN P

16                          Plaintiff,      **[PROPOSED]** ORDER GRANTING
                                            **DEFENDANTS' FIRST REQUEST**
17          v.                              **FOR AN EXTENSION OF TIME TO**
                                            **FILE A RESPONSIVE PLEADING**
18  **ANDREASEN, et. al.,**

19                          Defendants.

20

21          Defendant's first request for an extension of time to file a responsive pleading was

22  considered by the Court, and good cause appearing, Defendants' request is granted.

23          IT IS HEREBY ORDERED that Defendant shall have until October 26, 2005 to file a

24  response to Plaintiff's Amended Complaint.

25      Dated:  September 29, 2005.

26                                          _____
                                            /s/ Peter A. Nowinski
27                                          PETER A. NOWINSKI
                                            Magistrate Judge

28

wil12515.proposed order.wpd

*[Proposed] Order Granting Defendants' First Request for EOT to file a Responsive Pleading*

1