IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WILLIAMS,

      Plaintiff,                         No. CIV S-04-2515 FCD EFB P

    vs.

ANDREASEN, et al.,

      Defendants.            ORDER

_____/

      Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' August 11, 2006 motion for summary judgment and, as appropriate, a cross-motion for summary judgment pursuant to the court's order of September 13, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

      IT IS HEREBY ORDERED that:

1.    Plaintiff's October 27, 2006 request for an extension of time is granted; and

2.    Plaintiff shall file and serve an opposition to defendants' August 11, 2006 motion for summary judgment and, as appropriate, a cross-motion for summary judgment on or before November 12, 2006. No further extensions of time will be granted.

DATED: November 15, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE