IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WILLIAMS,

        Plaintiff,                    No. CIV S-04-2515 FCD EFB P

    vs.

ANDREASEN, et al.,

        Defendants.            ORDER

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 22, 2008, the court recommended granting summary judgment as to all defendants except defendant Andreasen, denying plaintiff's motion for summary judgment, and giving the parties fourteen days in which to file objections. On March 11, 2008, plaintiff filed a request for an extension of time in which to file and serve objections. *See* Fed. R. Civ. P. 6(b).

       The request states that plaintiff is confined to a wheelchair, is ignorant of the law, and has limited access to the law library. Plaintiff does not indicate how any of the bases for his requests affect his ability to timely draft and file objections in this case. Plaintiff has already had the opportunity to oppose defendants' motion for summary judgment and has therefore had ample time to research the legal issues presented in his complaint. The purpose for the fourteen-day

1

1  objection period is not to draft and file the brief on summary judgment in the first instance. The
2  opportunity to do so was during the briefing schedule on the cross-motions for summary
3  judgment. Further, plaintiff does not state that, despite having a court deadline, he was denied
4  all access to the law library. Plaintiff has not demonstrated good cause for an extension and his
5  March 11, 2008, request is therefore denied.
6       So ordered.
7  DATED: March 21, 2008.
8                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE