IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WILLIAMS,

        Plaintiff,                      No. CIV S-04-2515 FCD EFB P

    vs.

ANDREASEN, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed February 22, 2008, are adopted in full;

2. Defendants' motion for summary judgment is denied as to defendant Andreasen and granted in all other respects as to all other defendants;

3. Plaintiff's motion for summary judgment is denied; and

4. Plaintiff is granted 30 days to file and serve a pretrial statement and defendant Andreasen is granted 15 days from the date plaintiff serves his pretrial statement to file his own pretrial statement.

DATED: March 31, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE