IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WILLIAMS,

    Plaintiff,                       No. CIV S-04-2515 FCD EFB P

    vs.

ANDREASEN, et al.,

    Defendants.                ORDER

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 24, 2008, plaintiff filed a request for an extension of time in which to file objections to the February 22, 2008, findings and recommendations. Plaintiff filed a previous request for such an extension on March 11, 2008, which was denied absent a showing of good cause. Plaintiff's March 24, 2008, request fails to demonstrate good cause for an extension of time.

    On April 4, 2008, plaintiff filed a request for an extension of time in which to file his pretrial statement, to and including April 23, 2008. The district judge granted plaintiff's first request for such an extension within his March 31, 2008, order adopting the findings and recommendations, and granted plaintiff a 30-day extension, beyond the April 23, 2008, date plaintiff requested in his motion for an extension. Accordingly, the request was unnecessary.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's March 24, 2008, motion for an extension of time in which to file objections to the findings and recommendations is not supported by good cause and is therefore denied; and,

2. Plaintiff's April 4, 2008, request for an extension of time in which to file a pretrial statement is denied as unnecessary.

DATED: April 23, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE