IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WILLIAMS,

    Plaintiff,                     No. CIV S-04-2515 FCD EFB P

    vs.

ANDREASEN, et al.,

    Defendants.              ORDER

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Upon reconsideration of plaintiff's April 4, 2008, request for an extension of time in which to file his pretrial statement, the court finds it is necessary to grant plaintiff's request in order for him to timely file a timely pretrial statement.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's April 4, 2008, request for an extension of time in which to file his pretrial statement is granted. Plaintiff has 30 days from the date this order is served in which to file his pretrial statement. Failure to timely file the pretrial statement may result in a recommendation that this action be dismissed.

DATED: April 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE